UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JORGE I. GALVEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-01003-MMM |
| | ) | |
| MINDI NURSE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, proceeding pro se and in prison at Lawrence Correctional Center, filed suit under 42 U.S.C. § 1983 alleging Eighth Amendment claims based on his time at Pontiac Correctional Center.

Two matters are before the Court.

A. <u>Plaintiff's Motion to Compel</u>

Plaintiff's Motion to Compel (Doc. 62) filed September 9, 2025, seeks to compel answers to discovery he propounded to Defendant Mindi Nurse on February 2, 2025.

Defendants' Response (Doc. 63) opposes the motion to compel on one basis: that Plaintiff did not try to meet and confer prior to filing the motion. No other arguments in opposition are put forth and so are waived.

Federal Rule 37(a)(1) provides, in part, that a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure of discovery in an effort to obtain it without

1

court action." Defendants argue Plaintiff failed to comply. But Plaintiff states under oath that he sent a letter to defense counsel on April 21, 2025, seeking to resolve the issue, and never heard back. Plaintiff also attaches a copy of the letter. Defendants do not address or contradict these assertions, and, considering Plaintiff is in prison, and defense counsel is not, the Court finds that Plaintiff did what he could to attempt to meet and confer regarding the discovery dispute before he filed his motion to compel.

Defendants putting forth no other argument in opposition, Plaintiff's Motion to Compel (Doc. 62) is granted. Defendant Nurse shall produce the requested documents to Plaintiff within 21 days of this Order.

B.  Plaintiff's Motion for Extension of Time

Plaintiff's Motion for Extension of Time (Doc. 65) is granted in part and denied in part. Plaintiff is allowed through October 21, 2025, to respond to Defendants' Motion to Reconsider (Doc. 64).

**IT IS THEREFORE ORDERED:**

1. **Plaintiff's Motion to Compel [62] is GRANTED. Defendant shall produce the requested documents to Plaintiff within 21 days of this Order.**

2. **Plaintiff's Motion for Extension of Time [65] is GRANTED in part and DENIED in part. Plaintiff allowed through October 21, 2025, to respond to Defendants' Motion for Reconsideration [64].**

Entered this 7th day of October, 2025.

_s/Michael M. Mihm_
Michael M. Mihm
UNITED STATES DISTRICT JUDGE
